

FILED

October 20, 2015

Third Court of Appeals
Jeffrey D. Kyle
Clerk

Cause No. 03-14-00512-CR

**CRAE ROBERT PEASE**
Appellant



RECEIVED

OCT 2 0 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

**v.**

**THE STATE OF TEXAS**
Appellee

**APPELLANT'S FOURTH MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF**

**TO THE HONORABLE COURT OF APPEALS:**

Crae Robert Pease, Appellant, moves this Court to grant an extension of time to file Appellant's Brief, and respectfully states:

1.      Appellant's Brief  had been extended by this court to a due date of October 16, 2015.  However, in organizing his Appellate brief, he discovered that the record wasn't complete, and Appellant filed a Motion to Supplement the Record on September 8, 2015.

2.      The Supplement, the Travis County clerk's minutes, plays a crucial part in the writing of his brief, and he would be deprived of a possible avenue of relief if he cannot have access to the record and/or the record is not in evidence in the case file.

3.      On September 23, 2015, this court noticed the clerk to supplement the record no later than October 7, 2015, or inform the court that no such record exists.

The court informed the clerk that if the court did not either receive the record or notice that the record was not kept, that an order would issue from the court.

4. As of this date, the Travis County clerk has not supplemented the Record or stated the record does not exist, therefore, Appellant seeks an extension of time of fourteen days to file Appellant's Brief from the date he receives the Clerk's minutes. Since he cannot predict when that date will fall, he cannot apply a finite date on the extension.

5. This extension of time is necessary because Appellant believes that the Clerk's minutes will cause the court to rule in his favor.

6. This is the fourth extension of time Appellant has sought for the filing his brief.

For these reasons, Crae Robert Pease requests that this court render an order extending the time for filing Appellant's Brief to fourteen days after this court receives the Clerk's minutes which were requested on September 8, 2015. And, in addition, Appellant requests that this court issue an order to the clerk commanding her to supplement the record.

Crae Robert Pease
6715 Skynook Drive
Austin, Texas 78745
(512) 538-6099

## CERTIFICATE OF CONFERENCE

On October 20, 2015, an attempt was made to confer with William Swaim, attorney for Appellee, in order to confer as to the extension but was unable to reach Mr. Swaim.

Crae Robert Pease

## CERTIFICATE OF SERVICE

On October 20, 2015, a copy of the attached motion for extension of time was sent by email to William Swaim at:

b.swaim@co.travis.tx.us